UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT ANDREW WITZKE,

    Plaintiff,                                         CASE NUMBER: 21-CV-12380

v.                                                   HON. ROBERT H. CLELAND

JORDAN RIECK,

    Defendant.
_____/

## ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE

Upon review of the pleadings as filed in this matter, and notice to counsel;

**IT IS HEREBY ORDERED** that the above-entitled matter be **DISMISSED** for failure to prosecute (Response to motion not filed) as provided in Local Court Rule 41.2 for the Eastern District of Michigan and F.R. Civ. P.41(b).

                                                               s/Robert H. Cleland
                                                               ROBERT H. CLELAND
                                                               UNITED STATES DISTRICT JUDGE

Dated:  March 22, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 22, 2022, by electronic and/or ordinary mail.

                                                               s/Lisa Wagner
                                                               Case Manager and Deputy Clerk
                                                               (810) 292-6522